UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action No. 24-1995 (JMC)<br>[First Filed Case] |
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Civil Action Nos.<br>24-2040 (ACR)<br>24-2081 (APM)<br>24-2152 (TNM)<br>24-2218 (CRC)<br>24-2242 (LLA)<br>24-2278 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 7, 2025, Minute Order, and in accordance with Standing Order No. 25-55 issued on October 1, 2025 by Chief Judge Boasberg, and Standing Order No. 25-59, issued on November 13, 2025, Plaintiff, Power the Future, and Defendant, Environmental Protection Agency ("EPA"), by and through undersigned counsel, hereby provide the following joint status report.

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on July 10, 2024. ECF No. 1. The Court granted Defendant's Motion to Consolidate the seven above-referenced cases under this first-filed case on October 17, 2024. ECF No. 11.

2. On November 25, 2025, the parties agreed to a revised production schedule in which EPA will continue to review potentially responsive records at a rate of 500 pages per month per remaining FOIA request, with EPA making quarterly productions of reasonably segregable, non-exempt portions of identified responsive records on the first day of every third month, from the records reviewed in the preceding three months, beginning on March 2, 2026 with the records reviewed in December 2025, January 2026, and February 2026, and every three months thereafter until all potentially responsive records have been processed. If a production date falls on a weekend or holiday, EPA will make a production on the next business day. Final release determinations, however, may be delayed if EPA determines that some of the responsive documents may involve referral or consultation.

3. The parties further agreed and proposed to the court on November 25, 2025 that they submit a joint status report on March 16, 2026, and every 90 days thereafter.

**Status of Plaintiff's FOIA Requests**

2024-EPA-04455

1. The parties incorporate by reference their previous reports with respect to this request. There has been no further activity.

2024-EPA-04658 and 2024-EPA-04496

2. The parties incorporate by reference their previous reports with respect to these requests. There has been no further activity.

2024-EPA-04372 and 2024-EPA-04520

3. The parties incorporate by reference their previous reports with respect to these requests, which accurately summarized the status of these requests through June 15, 2026.

4. On September 1, 2026, Defendant issued an interim response letter (dated

August 31, 2026) for request 2024-EPA-04372, notifying Plaintiff that it had reviewed 123 potentially responsive records (totaling 1,501 pages) during the three-month period from June 2026 through August 2026, and stating that it had determined that 3 records (totaling 4 pages) were non-responsive, 1 record (totaling 7 pages) was a duplicate, and forwarded the remaining 119 responsive records (totaling 1,490 pages) to the White House for consultation.

5. EPA will produce any reasonably segregable, non-exempt information responsive to request 2024-EPA-04372 as soon as practicable once the White House completes its consultation.

6. On August 31, 2026, Defendant issued an interim response letter for request 2024-EPA-04520, notifying Plaintiff that it had reviewed 146 potentially responsive records (totaling 1,535 pages) during the three-month period from June 2026 through August 2026, and stating that it had determined 22 of the records (totaling 126 pages) were non-responsive, and forwarded the remaining 124 responsive records (totaling 1,409 pages) to the White House for consultation.

7. EPA will produce any reasonably segregable, non-exempt information responsive to request 2024-EPA-04520 as soon as practicable once the White House completes its consultation.

2024-EPA-04623 and 2024-EPA-04476

8. The parties incorporate by reference their previous reports with respect to these requests. There has been no further activity.

**CONCLUSION**

9. In accordance with the parties' November 25, 2025 agreement, the parties propose submitting their next joint status report on December 11, 2026, and every 90 days thereafter.

* * *

Dated: September 14, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *__/s/ Thomas W. Duffey__*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)
Thomas.duffey @usdoj.gov

*Attorneys for the United States of America*

*/s/Matthew D. Hardin*
Mathew D. Hardin
D.C. Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston, TX 77399
Phone: (202) 802-1948
Email: MathewDHardin@protonmail.com

/s/ *Christopher C. Horner*
Christopher Cochran Horner,
D.C. Bar #440107
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: (202) 262-4458
Email: chris@hornerlaw.com

*Counsel for Plaintiff*